1018

No. 88–1073.   SIERRA v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–1077.   ALCAN ALUMINIO DO BRASIL, S. A., ET AL. v. BENITEZ-ALLENDE ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 88–1082.   PATEL ET AL. v. MARYLAND CASUALTY CO. C. A. 7th Cir.   Certiorari denied.

No. 88–1084.   FISCHER v. BAR HARBOR BANKING & TRUST CO.   C. A. 1st Cir.   Certiorari denied.

No. 88–1086.   ALBUQUERQUE A. R. T. CO. v. MIRAGE EDITIONS, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–1087.   HENAO-OSPINA ET AL. v. UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 88–1090.   TRESIZE ET UX. v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–1091.   POWELL v. NIGRO ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 88–1092.   MARYLAND CASUALTY CO. v. LOZANO.   C. A. 11th Cir.   Certiorari denied.

No. 88–1093.   HILL v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 88–1096.   ADAMS v. ARKANSAS.   Ct. App. Ark.   Certiorari denied.

No. 88–1102.   WESTMINSTER MANAGEMENT CORP. ET AL. v. MITCHELL, DIRECTOR OF FINANCE, CITY OF NEW ORLEANS, ET AL.   Ct. App. La., 4th Cir.   Certiorari denied.

No. 88–1104.   PENNSYLVANIA v. GIANNINI ET AL.   Super. Ct. Pa.   Certiorari denied.

No. 88–1106.   AIELLO ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.